IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRY LAMAR McCOY**　　　　　　　　　　　　　　　　　**PLAINTIFF**

**VS.**　　　　　　　　　　**4:21-CV-00282-BRW**

**JODI DENNIS**　　　　　　　　　　　　　　　　　**DEFENDANT**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 17th day of May, 2021.

　　　　　　　　　　　　　　　　Billy Roy Wilson
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE